IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil No. **08-23474-CIV-KING/BANDSTRA**

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. )
)
TIM ADAMS; KIMBERLY ADAMS; )
RONALD C. KOPPLOW; GUY SMITH; )
DIANE SMITH; FERNANDO )
CASAMAYOR; MIAMI-DADE COUNTY )
STORMWATER UTILITY, )
)
        Defendants. )

FILED by AS D.C.
ELECTRONIC

DEC. 17, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT

The United States of America, by and through its undersigned counsel, R. Alexander Acosta, United States Attorney for the Southern District of Florida, complains and alleges as follows:

1.    This action is brought by the United States to reduce to judgment unpaid federal income taxes assessed against defendants Tim and Kimberly Adams jointly for 1994 and Tim Adams individually for 1995 and to foreclose federal tax liens against certain real property.

*Jurisdiction*

2.    This civil action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States and with the authorization and at the request of Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States.

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

4. Venue properly lies in this district, where the liability for the taxes arose, where the property at issue is located and where the taxpayers reside. 28 U.S.C. §§ 1391(b) and 1396.

*Parties*

5. Defendant Tim Adams resides in Miami-Dade County, within the jurisdiction of this court.

6. Defendant Kimberly Adams resides in Miami-Dade County, within the jurisdiction of this court.

7. Defendants Ronald C. Kopplow, Guy Smith, and Diane Smith may claim an interest in the property at issue in this case by virtue of a mortgage recorded in the public records of Miami-Dade County on May 14, 1993.

8. Defendant Fernando Casamayor, sued in his public capacity as Miami-Dade County Tax Collector, may claim an interest in the property at issue in this case by virtue of a real estate lien for unpaid property taxes.

9. Defendant Miami-Dade County Stormwater Utility may claim an interest in the property at issue in this case by virtue of a lien for unpaid utility bills.

*Count I – Reduce Tax Assessments to Judgement*

10. A delegate of the Secretary of the Treasury assessed taxes and penalties against Tim and Kimberly Adams for joint unpaid income taxes for 1994 on December 28, 1998 as described below.

| Assessment Type | Assessment Amount |
|---|---|
| Tax | $42,567.00 |
| Penalty | $1,461.16 |
| Penalty | $2,210.56 |
| Penalty | $10,868.40 |
| Penalty | $8,513.40 |

11. A delegate of the Secretary of the Treasury assessed taxes, penalties, and interest against Tim Adams for unpaid income taxes for 1995 on February 8, 2009 as described below.

| Assessment Type | Assessment Amount |
|---|---|
| Tax | $59,635.00 |
| Penalty | $3,256.00 |
| Penalty | $14,909.00 |
| Penalty | $14,908.75 |
| Interest | $20,388.32 |

12. Notices of the assessments and demands for payment of the liabilities described above were made on Tim and Kimberly Adams.

13. Tim and Kimberly Adams have failed to pay fully the taxes and penalties assessed against them for 1994. Fees, interest, and all statutory additions thereafter provided for by law have accrued on the assessed amounts and will continue to accrue until the liabilities are paid in full. As a result, there remains due and owing from Tim and Kimberly Adams jointly to the United States for 1994 taxes and penalties a total of $185,436.31 as of November 17, 2008, plus fees, interest, and all statutory additions thereafter as provided by law.

14. Tim Adams has failed to pay fully the taxes and penalties assessed against him for 1995. Fees, interest, and all statutory additions thereafter provided for by law have accrued

on the assessed amounts and will continue to accrue until the liabilities are paid in full. As a result, there remains due and owing from Tim Adams individually to the United States for 1995 taxes, penalties, and interest a total of $207,918.47 as of November 17, 2008, plus fees, interest, and all statutory additions thereafter as provided by law.

*Count II - Foreclosure of Liens*

15. The real property upon which the United States seeks to foreclose is located at 20600 SW 184th Avenue, Miami, Florida 33187 (the "subject property") and is described more fully as:

> The East 210 fee of the North ½ of the South ½ of the SW 1/4 of the NW 1/4 of Section 12, Township 56 South, Range 38 East, Dade County, Florida, subject to dedication to any City, County or State agency of the North and East boundaries for road purposes. 1.60 acres, more or less.

16. Tim and Kimberly Adams acquired the subject property by virtue of a warranty deed recorded on May 14, 1993.

17. Liens arose in favor of the United States against all property and rights to property, whether real or personal, belonging to Tim and Kimberly Adams on the date of the assessments shown above for the unpaid joint income taxes for 1994 and, additionally, against all property and rights to property, whether real or personal, belonging to Tim Adams on the date of the assessments shown above for the unpaid individual income taxes for 1995. Such liens encompassed the subject property.

18. On December 19, 2006, the United States filed a Notice of Federal Tax Lien in the public records of Miami-Dade County, Florida, against Tim and Kimberly Adams with respect to their unpaid joint income taxes for 1994 described above. Also on December 19, 2006, the United States filed a Notice of Federal Tax Lien in the public records of Miami-Dade

-4-

County, Florida, against Tim Adams with respect to his unpaid income taxes for 1995 described above.

19. A mortgage on the subject property in favor of defendants Ronald C. Kopplow, Guy Smith, and Diane Smith was recorded in the public records of Miami-Dade County on May 14, 1993.

20. Upon information and belief, liens arose in favor of defendant Miami-Dade County Stormwater Utility and against the subject property on September 4, 2003 for unpaid utility bills.

21. Upon information and belief, liens arose in favor of Miami-Dade County, Florida, and against the subject property on January 1, 2006 for Tim and Kimberly Adams' unpaid real estate taxes.

WHEREFORE, the plaintiff, the United States of America prays that the Court:

A. Enter judgment in favor of the United States and against defendants Tim and Kimberly Adams in the total amount of $185,436.31 as of November 17, 2008, plus fees, interest, and all statutory additions thereafter as provided by law for the unpaid income taxes and penalties for 1994 described above.

B. Enter judgment in favor of the United States and against defendant Tim Adams in the total amount of $207,918.47 as of November 17, 2008, plus fees, interest, and all statutory additions thereafter as provided by law for the unpaid income taxes, interest, and penalties for 1995 described above.

C. Order, decree, and declare that the United States has valid and subsisting tax liens on all property and rights to property owned on or acquired after the dates of the assessments described above by Tim and Kimberly Adams, including their interest in the subject property.

D.  Order, decree, and declare that the federal tax liens attaching to Tim and Kimberly Adams' interest in the subject property be foreclosed.

E.  Order, decree, and declare that the subject property be sold free and clear of the liens and claims of the parties herein and that the proceeds from the sale be distributed after reimbursement of the costs of the sale in accordance with the Court's determination as to the priority of the liens and claims of the parties herein.

F.  Order that the United States recover its costs in bringing this action.

G.  Award the United States such further relief that the Court deems just and proper.

R. ALEXANDER ACOSTA
United States Attorney

THOMAS F. KOELBL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-5891
Facsimile: (202) 514-9868
thomas.f.koelbl@usdoj.gov

%JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadin[gs or other papers as required by law, ex]cept as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for [the use of the Clerk of Court for the pur]pose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   NOTICE: Attorneys MUST Indi[cate All Re-filed Cases Below.]

FILED by  AS  D.C.
ELECTRONIC
DEC, 17, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
Tim Adams et al.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Miami-Dade County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Thomas F. Koelbl, U.S. Department of Justice, Tax Division
P.O. Box 14198, Ben Franklin Station
Washington, DC 20044 (202) 514-5891

08-23474- King/Bandstra

Attorneys (If Known)

**08-23474-CIV-KING/BANDSTRA**

**(d)** Check County Where Action Arose: ✓☐ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

✓ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE _____    DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
26 U.S.C 7401, 7403. Action to reduce federal tax assessments to judgment and to foreclose federal tax liens.

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE December 16, 2008

FOR OFFICE USE ONLY
AMOUNT  No Fee   RECEIPT # _____   IFP _____