# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 08-23474-cv

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 08-23474-CIV-KING/BANDSTRA

United States of America

_____
Plaintiff(s)

v.

Tim Adams; Kimberly Adams; Ronald C. Kopplow; Guy Smith; Diane Smith; Fernando Casamayor; Miami-Dade County Stormwater Utility

_____
Defendant(s)

FILED by AJS D.C.

FEB - 6 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

### Response to Complaint
(TITLE OF DOCUMENT)

I, Kimberly Adams, plaintiff or defendant, in the above styled cause, am responding to complaint as follows:

#1 - property is Homesteaded (exempt)
#2 - understood
#3 - understood
#4 - understood
#5 - agreed
#6 - agreed
#7 - unknown
#8 - unknown
#9 - unknown
#10 - do not agree. I request, innocent spouse claim
#11 - do not agree
#12 - do not agree. - I was never notified
#13 - unknown
#14 - unknown

(Rev. 10/2002) General Document

#15 - agreed
#16 - agreed
#17 - unknown, unsure
#18 - unknown, unsure
#19 - agreed
#20 - unknown
#21 - unknown
#22 a) unsure   b) unsure   c) do not comprehend.   d) do not agree
e) do not comprehend   f) disagree   g) disagree

## Certificate of Service

I **Kimberly Adams**, certify that on this date **2/6/09** a true copy of the foregoing document was mailed to: **Thomas F. Koelbl**
                                                                   name(s) and address(es)

P.O. Box 14198, Ben Franklin Station Washington, D.C. 20044
facsimile - (202) 514-9868, thomas.f.koelbl@usdoj.gov

By:
**Kimberly Adams**
Printed or typed name of Filer

**Pro Say**
Florida Bar Number

**305-752-1236**
Phone Number

**13332 SW 108St. Circle**
Street Address

**Miami, FL 33186**
City, State, Zip Code

Signature of Filer

**Kimba106@yahoo.com**
E-mail address

**n/a**
Facsimile Number